No. 1142. PRATZ ET AL. *v.* LOUISIANA POLYTECHNIC INSTITUTE ET AL. Appeal from D. C. W. D. La. dismissed pursuant to Rule 60 of the Rules of this Court.

No. 1133. WILLIAMS, GUARDIAN, ET AL. *v.* MCNAIR, GOVERNOR OF SOUTH CAROLINA, ET AL. Affirmed on appeal from D. C. S. C. MR. JUSTICE HARLAN is of the view that the Court lacks jurisdiction over this direct appeal from decision of three-judge court denying injunctive relief because state statute attacked was not one of "general and statewide application." *Moody* v. *Flowers,* 387 U. S. 97, 101 (1967). Therefore, he would vacate judgment of District Court and remand case to that court so that it might enter a fresh decree from which timely appeal could be taken to the Court of Appeals. See *Rockefeller* v. *Catholic Medical Center,* 397 U. S. 820 (1970).

No. 1115. MAGAR *v.* MARYLAND. Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1132. CITY OF MILLARD ET AL. *v.* CITY OF OMAHA ET AL. Appeal from Sup. Ct. Neb. dismissed for want of substantial federal question. MR. JUSTICE BLACKMUN is of the opinion that probable jurisdiction should be noted and the case set for oral argument.

No. 1151. IN RE NAPOLITANO. Appeal from Ill. Cts. Comm'n dismissed for want of substantial federal question. MR. JUSTICE BRENNAN would dismiss the appeal for want of jurisdiction.